IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **CORTNEY SHORTER, INDIVIDUALLY** § <br> **AND AS NEXT FRIEND OF H.S. AND** § <br> **E.P., minors;** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **MAICOL LINARES-AQUIAN; WEST** § <br> **BOUND EXPRESS, INC.; AND** § <br> **PYRAMID LOGISTICS, LLC;** § <br> Defendants. § | CASE NO. 6:17-cv-00183 |

## NOTICE OF DISMISSAL OF PYRAMID LOGISTICS, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and all other applicable rules, law, and order(s) of this Court, Cortney Shorter, Individually and as Next Friend of H.S. and E.P., minors ("Plaintiff Cortney Shorter") gives notice that Plaintiff Cortney Shorter hereby voluntarily dismisses Pyramid Logistics, LLC ("Defendant Pyramid Logistics"), without prejudice.

Respectfully submitted,

/s/ Shelly T. Greco
**SHELLY GRECO**
State Bar No. 24008168
shelly.greco@ewlawyers.com
**AMY K. WITHERITE**
State Bar No. 00788698
amy.witherite@ewlawyers.com

**EBERSTEIN & WITHERITE, LLP**
10440 N. Central Expressway
Suite 400
Dallas, TX 75231-2228
214/378-6665
214/378-6670 (fax)

        **CRAIG D. CHERRY**
        State Bar No. 24012419
        Email: ccherry@haleyolson.com

        **HALEY ♦ OLSON**
        A PROFESSIONAL CORPORATION
        100 N. Ritchie Road, Suite 200
        Waco, Texas 76712
        Telephone: (254) 776-3336
        Facsimile: (254) 776-6823

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this 28th day of January, 2019, in accordance with the Federal Rules of Civil Procedure.

        /s/ Shelly T. Greco
        **Shelly T. Greco**

Darrell G. Adkerson
Jeffrey D. Antonson
Adkerson, Hauder & Bezney, P.C.
1700 Pacific Avenue
Suite 4450
Dallas, TX  75201-7323